UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 26-60020-CR-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**WILMER ROBERTO GREGORIO-NAJERA,**

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
ON CHANGE OF PLEA [ECF NO. 27]**

THIS CAUSE came before the Court on Magistrate Judge Jared M. Strauss's Report and Recommendation on Change of Plea, entered on February 26, 2026 [ECF No. 27].

THIS COURT has reviewed Judge Strauss's Report and Recommendation and the pertinent portions of the record, including Defendant's Joint Notice of Non-Objection, filed on February 26, 2026 [ECF Nos. 28]. Being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 27]** is **AFFIRMED AND ADOPTED**. Defendant, Wilmer Roberto Gregorio-Najera's, change of plea is accepted, and Defendant is adjudicated guilty as to the Indictment.

A Sentencing Hearing will be set by separate Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 27th day of February, 2026.

                                                  MELISSA DAMIAN
                                                  UNITED STATES DISTRICT JUDGE

cc:    counsel of record
        Magistrate Judge Jared M. Strauss